**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISAIAH FREEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-3578 |
| | : | |
| THE DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF MONTGOMERY, THE | : | |
| ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| SUPERINTENDENT JOHN SAWTELLE | : | |

## ORDER

**AND NOW**, this 24th day of June 2026, upon careful and independent consideration of the petition for a writ of *habeas corpus* (DI 24), respondents' response (DI 31), petitioner's reply (DI 34), his state court record (DI 35), Judge Arteaga's Report and Recommendation (DI 37), petitioner's objections (DI 40), and for reasons in the accompanying memorandum, it is

**ORDERED**:

1. The Report and Recommendation (DI 37) is **APPROVED** and **ADOPTED**.

2. The petitioner's objections (DI 40) are **OVERRULED**.

3. The petition for a writ of *habeas corpus* (DI 24) is **DENIED** with prejudice.

4. Respondents' motion for an extension (DI 42) is **DENIED as moot**.

5. There is no probable cause to issue a certificate of appealability.

6. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**